IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION

| | |
|---|---|
| MICHAEL WINEMILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-2820 |
| ) | |
| BANC OF AMERICA INVESTMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

           **ORDER DIRECTING CLERK TO PAY BANK LEVY/GARNISHMENT
                         PROCEEDS TO CREDITOR**

Before the Court is Defendant Banc of America Investment Services, Inc.'s ("Banc of America") motion for an order directing the Clerk of Court to pay $419.28 to Stone, Higgs & Drexler, 200 Jefferson Avenue, Suite 100, Memphis, TN 38103. Banc of America's request arises from an unsatisfied judgment entered in this cause. For good cause shown, Banc of America's motion is GRANTED.

So ordered this 27th day of August, 2012.

                                    s/ Samuel H. Mays, Jr._____
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE